## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

     **Plaintiff,**

**v.**                                  **Case No. 4:24-cv-11-AW-MAF**

**ELIZABETH R. DONOVAN,**

     **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order, and he has not objected to the recommendation to dismiss on that basis. ECF No. 6. He appears to have abandoned his case. I agree with the magistrate judge that this case should be dismissed for failure to comply with a court order. I adopt the report and recommendation (ECF No. 6) and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on March 25, 2024.

                          _s/ Allen Winsor_____
                          United States District Judge